**PRENTICE LONG, PC**
Margaret E. Long – SBN 227176
Caitlin Smith – SBN 269716
2240 Court Street
Redding, CA 96001
Telephone:   (530) 691-0800
Facsimile:    (530) 691-0700
E-Mail:  margaret@prenticelongpc.com
              caitlin@prenticelongpc.com

Attorneys for Defendants Lee Adams, Sierra County, Sierra County Board of Supervisors, Sharon Dryden, Mike Filippini, Sandra Groven, Lila Heuer, Terry LeBlanc, Van Maddox, Elizabeth Morgan, Brandon Pangman, Paul Roen, Mike Fisher, Rhetta Vander Ploeg, Bonnie Vierra, and Joseph "Danny" Zavala

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE; MICHAL MICKEY WAYNE,<br><br>Plaintiffs,<br><br>v.<br><br>SIERRA COUNTY, et al.,<br><br>Defendants. | No.  2:25-CV-1113-DAD-CKD<br><br>[PROPOSED] **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |

On June 26, 2025, Counsel for Defendants Lee Adams, Sierra County, Sierra County Board of Supervisors, Sharon Dryden, Mike Filippini, Sandra Groven, Lila Heuer, Terry LeBlanc, Van Maddox, Elizabeth Morgan, Brandon Pangman, Paul Roen, Mike Fisher, Rhetta Vander Ploeg, Bonnie Vierra, and Joseph "Danny" Zavala submitted their Motion for Administrative Relief.

/ / /

1

After full consideration of the motion, declarations, and exhibits attached thereto, as well as all other matters presented to the Court associated with the subject motion, and good cause appearing therefore:

Defendants' Motion for Administrative Relief is hereby GRANTED (ECF No. 77). Defendants are granted an extension of time to respond to Plaintiffs' Opposition to County Defendants' Motions to Dismiss. County Defendants therefore have until July 25, 2025, to file responsive briefing to Plaintiffs' Opposition to County Defendants' Motions to Dismiss.

Dated:  June 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, wayn25cv1113.eot.repl