1  Jason A. Savlov, Esq. (California SBN 213879)
   **ADAMS │STIRLING PLC**
2  2566 Overland Avenue, Suite 730
3  Los Angeles, California 90064
   Telephone: (310) 945-0280
4
5  Attorneys for Defendants THE SIERRA BROOKS
   PROPERTY OWNERS ASSOCIATION and REBEKAH
6  PEREZ
7
8              **IN THE UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| RICHARD WAYNE, *et al.* | Case No.: 2:25-CV-1113-DAD-CKD |
| Plaintiffs, | **NOTICE OF REQUEST TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141 BY COUNSEL FOR DEFENDANTS THE SIERRA BROOKS PROPERTY OWNERS ASSOCIATION AND REBEKAH PEREZ** |
| vs. | |
| SIERRA COUNTY, *et al.* | |
| Defendants. | Action Filed: April 16, 2025 |

27  ///
28  ///

1
**DEFENDANTS THE SIERRA BROOKS PROPERTY OWNERS ASSOCIATION AND REBEKAH PEREZ'S
NOTICE OF REQUEST TO SEAL DOCUMENT**

1  Counsel for Defendants The Sierra Brooks Property Owners Association and Rebekah Perez moves this Court pursuant to Local Rule 141 to seal his request for a remote appearance for the currently scheduled in-person hearing for Defendants The Sierra Brooks Property Owners Association and Rebekah Perez's Motion to Dismiss Plaintiffs' First Amended Complaint, on August 6, 2025 at 10:00 a.m. Counsel's request contains confidential personal information explaining the hardship to appear in-person at the hearing.

For the foregoing reasons, counsel for Defendants The Sierra Brooks Property Owners Association and Rebekah Perez request the Court grant the request to seal.

Dated: July 11, 2025                                    **ADAMS │STIRLING PLC**

By: */s/ Jason A. Savlov*                  .
Jason A. Savlov, Esq.
Attorneys for Defendants The Sierra Brooks Property Owners Association and Rebekah Perez

## PROOF OF SERVICE

I, Carolyn Houtz, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles, California. My business address is 2566 Overland Avenue, Suite 730, Los Angeles, California 90064.

On July 11, 2025, I caused the following document to be electronically filed with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF REQUEST TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141 BY COUNSEL FOR DEFENDANTS THE SIERRA BROOKS PROPERTY OWNERS ASSOCIATION AND REBEKAH PEREZ**

Participants in this case who are registered CM/ECF users, will be served by the CM/ECF system. The participants in this case listed below who are not registered CM/EFC users, will be served as stated below.

| | |
|---|---|
| Richard Wayne -Via U.S. Mail<br>2981 26th Avenue, Unit 1<br>Sacramento, CA 95820<br>*Plaintiff, In Pro Per* | Michal Mickey Wayne – Via U.S. Mail<br>2981 26th Avenue, Unit 1<br>Sacramento, CA 95820<br>*Plaintiff, In Pro Per* |
| Mark Gamble – Vial U.S. Mail<br>P.O. Box 393<br>Loyalton, CA 96118<br>*Defendant, In Pro Per* | Penny Gamble – Via U.S. Mail<br>P.O. Box 393<br>Loyalton, CA 96118<br>*Defendant, In Pro Per* |

[X]    **BY U.S. MAIL:** – I caused such envelopes to be deposited in the U.S. Mail with postage prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 11, 2025, in Henderson, Nevada.

　　　　　　　　　　　　　　 */s/ Carolyn Houtz*
　　　　　　　　　　　　　　 CAROLYN HOUTZ

3

**DEFENDANTS THE SIERRA BROOKS PROPERTY OWNERS ASSOCIATION AND REBEKAH PEREZ'S NOTICE OF REQUEST TO SEAL DOCUMENT**