1  Jason A. Savlov, Esq. (California SBN 213879)
   **ADAMS │STIRLING PLC**
2  2566 Overland Avenue, Suite 730
   Los Angeles, California 90064
3  Telephone: (310) 945-0280

4

5  Attorneys for Defendants THE SIERRA BROOKS
   PROPERTY OWNERS ASSOCIATION and REBEKAH
6  PEREZ

7

8               IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | RICHARD WAYNE, *et al.*            | Case No.: 2:25-CV-1113-DAD-CKD
12 |         Plaintiffs,                |
13 | vs.                                | **ORDER GRANTING REQUEST TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141 BY COUNSEL FOR DEFENDANTS THE SIERRA BROOKS PROPERTY OWNERS ASSOCIATION AND REBEKAH PEREZ**
14 |                                    |
15 | SIERRA COUNTY, *et al.*            |
16 |         Defendants.                | Action Filed: April 16, 2025

17

18

27 ///

28 ///

                        1
              **ORDER RE REQUEST TO SEAL**

Counsel for Defendants The Sierra Brooks Property Owners Association and Rebekah Perez ("Defendants") submitted their Request to Seal Document Pursuant to Local Rule 141.

After full consideration of the request presented to the Court and good cause appearing therefore:

Defendants Request to Seal Document Pursuant to Local Rule 141 is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 11, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE