UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD WAYNE, et al.,

      Plaintiffs,

      v.

SIERRA COUNTY, et al.,

      Defendants.

No.  2:25-cv-1113-DAD-CKD (PS)

ORDER

Plaintiffs filed a motion for an extension of time to file the second amended complaint authorized by the court's order dated March 19, 2026. Good cause appearing, IT IS HEREBY ORDERED as follows:

1.  Plaintiffs' motion for an extension of time (ECF No. 150) is GRANTED; and

2.  Plaintiffs are granted an extension of time up to and including May 12, 2026, to file the second amended complaint.

Dated:  March 25, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 wayn25cv1113.36sac

1